NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REYNALDO TORRES, )
 )
 Appellant, )
 )
v. ) Case No. 2D17-2008
 )
STATE OF FLORIDA, )
 )
 Appellee. )
_____ )

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Samantha L.
Ward, Judge.


PER CURIAM.


 Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.